■ The People of the State of New York, Respondent, v Mark Moore, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered on or about May 24, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.